**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Al Zeman, et al.,** | ) | **CASE NO. 1:04 CV 1310** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **Goodrich Corporation,** | ) | <u>**Judgment Entry**</u> |
| | ) | |
| **Defendant.** | ) | |

This Court, having issued its Memorandum of Opinion and Order granting Defendant's Motion for Summary Judgment (Doc. 23), hereby enters judgment in favor of defendant, Goodrich Corporation, and against plaintiffs Al Zeman and Sheila Zeman.

IT IS SO ORDERED.

      /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 7/15/05